**Ida A. VAN DYKE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.** *

**Cleve W. VAN DYKE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 6949, 6950.

Circuit Court of Appeals, Ninth Circuit.

March 9, 1933.

William E. Brooks, of Miami, Ariz., and R. A. Bartlett, of New York City, for petitioners.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Hayner N. Larson, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, and Thomas R. Callahan, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of the records, briefs, and oral argument of respondent, ordered order of Board of Tax Appeals in each of above causes affirmed upon the authority of

*Rehearing denied May 3, 1933.

Burnet v. Clark, 287 U. S. ——, 53 S. Ct. 207, 77 L. Ed. ——, and Dalton v. Bowers, 287 U. S. ——, 53 S. Ct. 205, 77 L. Ed. ——, both decided December 12, 1932.